## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>   **Plaintiff,**<br><br>vs.<br><br>**INTEL CORPORATION**<br><br>   **Defendant.** | **1:23MC1041 RP**<br>**Civil Action No.**<br><br><br>Pending in: The United States District Court for the Eastern District of Texas, Marshall Division – No. 2:22-cv-203-JRG |

### ORDER GRANTING PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL INTEL CORPORATION TO COMPLY WITH SUBPOENAS

Before this Court is Plaintiff Netlist, Inc.'s ("Netlist") motion to Compel Intel Corporation to Comply with Subpoenas ("Netlist's Motion to Compel").

Having considered the motion, any response, and supporting documents attached thereto, the Court **GRANTS** Netlist's Motion to Compel and **ORDERS**, within 5 days after the Court's entrance of the order, that Intel shall produce documents sufficient to show the following information:

1. The part numbers and quantities of Micron DDR5 DIMMs that are used or imported into the United States by Intel from May 1, 2021 through the present. This includes any of those incorporated in Intel servers or computers that are imported into the United States, or used, sold, offered for sale in the United States.
2. Documents sufficient to show the location(s) where Intel evaluates or analyzes any Micron DDR5 DIMMs to determine whether to purchase quantities of the design.

Intel must also provide a witness prepared to testify as to the documents it produced within 7 days after the production of such documents.

   **IT IS SO ORDERED**.

DATED:_____  _____

           UNITED STATES DISTRICT JUDGE